and inconvenience to the plaintiff of being unknowingly and suddenly without a place to live and without his basic personal belongings is severe in comparison to the defendants having to allow the plaintiff the use of one of their apartments pending resolution of the issues on the merits. We believe the chancellor acted fairly in temporarily relegating the plaintiff and defendants to positions which would create the least injury to both parties.

For the above reasons, the order of the circuit court of Cook County is affirmed.

Judgment affirmed.

DEMPSEY, P. J., and McNAMARA, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, v. Robert Smith, Defendant-Appellant.

.(No. 57866;

First District (3rd Division)—May 3, 1973.

PER CURIAM.

No appearance for appellant.

No appearance for the People.